Case 3:06-cr-00118-HLA-MCR Document 73 Filed 06/01/07 Page 1 of 3 PageID 219
AO245D (Rev. 01/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| V. | (For Revocation of Supervised Release) |
| ROYAL JEROME JACKSON | Case Number: 3:06-cr-118-J-25MCR |
| | USM Number: 29644-018 |
| | Ross S. Haine, II |
| | Defendant's Attorney |

**THE DEFENDANT:**

__X__ admitted guilt to violation of charge numbers __One through Twelve__ of the term of supervision.

_____ was found in violation of charge number(s) _____ after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1. | Failure to Report in violation of Condition Three (3) of the Standard Conditions of Supervision | February, 2007 |
| 3. | Positive Urinalysis, Marijuana, in violation of Condition Seven (7) of the Standard Conditions of Supervision | February, 2007 |
| 4. | Positive Urinalysis, Marijuana, in violation of Condition Seven (7) of the Standard Conditions of Supervision | February, 2007 |
| 5. | Positive Urinalysis, Cocaine, in violation of Condition Seven (7) of the Standard Conditions of Supervision | February, 2007 |
| 6. | Positive Urinalysis, Marijuana, in violation of Condition Seven (7) of the Standard Conditions of Supervision | March, 2007 |
| 7. | Positive Urinalysis, Cocaine, in violation of Condition Seven (7) of the Standard Conditions of Supervision | March, 2007 |
| 8. | Failure to submit to urinalysis in violation of the Special Conditions of Supervision | March, 2007 |
| 9. | Failure to follow the instructions of the probation officer in a violation of Condition Three (3) of the Standard Conditions Supervision | March, 2007 |
| 10. | Positive Urinalysis, Cocaine, in violation of Condition Seven (7) of the Standard Conditions of Supervision | March, 2007 |
| 11. | Positive Urinalysis, Marijuana, in violation of Condition Seven (7) of the Standard Conditions of Supervision | March, 2007 |
| 12. | Alleged new criminal conduct occurring while on supervision | March, 2007 |

DEFENDANT: ROYAL JEROME JACKSON
CASE NUMBER: 3:06-cr-118-J-25MCR

Judgment - Page __2__ of __3__

The defendant is sentenced as provided in pages 2-3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

__X__   The Court dismissed allegation numbers 2, 13 through 16.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

May 24, 2007
Date of Imposition of Judgment

HENRY LEE ADAMS, JR.
UNITED STATES DISTRICT JUDGE

6-1-07
Date

AO 245D  (Rev. 01/07) Judgment in a Criminal Case for Revocation
Sheet 2 - Imprisonment

DEFENDANT: ROYAL JEROME JACKSON
CASE NUMBER: 3:06-cr-118-J-25MCR

Judgment - Page __3__ of __3__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **TEN (10) MONTHS.**

_____ The Court makes the following recommendations to the Bureau of Prisons:

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

  ___ at _____ a.m.   p.m.   on _____.

  ___ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ___ before 2 p.m. on _____.

  ___ as notified by the United States Marshal.

  ___ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL